## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANNE STEPPE, | : | No. 4:25cv609 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CARROLS LLC D/B/A BURGER | : | |
| KING; and CARROLS CORPORATION | : | |
| D/B/A BURGER KING, | : | |
| Defendants | : | |

...........................................................................................................................................

## ORDER

**AND NOW**, to wit, this _____ day of March 2026, for the reasons set forth

in an accompanying memorandum, it is hereby **ORDERED** that Defendants

Carrols LLC d/b/a Burger King and Carrols Corporation d/b/a Burger King's

motion to dismiss plaintiff's amended complaint, (Doc. 18), is hereby **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court